1  Gary Leif
   Carol Hickenbottom
2  2370 SE Eagles Rest Ave
3  Roseburg, OR 97470
   (541) 673-9865
4  gary@leifphoto.com

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF OREGON

8                        EUGENE DIVISION

9

10
   GARY LEIF, PRO SE,                          Case No.: 6:16-CV—cv-02043-JR
11 CAROL HICKENBOTTOM, PRO SE

12        Plaintiffs,
                                               CERTIFICATE OF INTERESTED PERSONS
13                                             AND CORPORATE DISCLOSURE
   vs.                                         STATEMENT
14
15 UMPQUA BANK; HSBC BANK USA, NA,
   AS TRUSTEE FOR WELLS FARGO ASSET
16 SECURITIES CORPORATION, MORTGAGE
   ASSET-BACKED PASS-THROUGH
17 CERTIFICATES SERIES 2007-PA3; AND
   QUALITY LOAN SERVICE CORPORATION
18 OF WASHINGTON,
19
          Defendants
20

21

22        Please take Notice, Plaintiffs, Gary Leif and Carol Hickenbottom, Pro Se, hereby

23    provides Notice of any known parties which may have a pecuniary interest on the

24

25 CERTIFICATE OF INTERESTED PERSONS
   AND CORPORATE DISCLOSURE STATEMENT - 1

outcome of this case pursuant to L.R. 7.02 of the United States District Court for of Oregon.

## STATEMENTS OF FACTS

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities to any party in the case:

     a.      Gary Leif-Plaintiff

     b.      Carol Hickenbottom - Plaintiff

     c.      Umpqua Bank- Defendant

     d.      HSBC Bank USA, Na, As Trustee For Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-PA3- Defendant.

     e.      Quality Loan Service Corporation of Washington

     f.      Cody Hoesly (Counsel for Defendant Umpqua Bank)

     g.      Counsel for HSBC Bank USA, Na, As Trustee For Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-PA3-Defendant.

     h.      Counsel for Quality Loan Service Corporation of Washington-Defendant.

2.      The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known**

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT - 2

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases.

**None known**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiffs, Gary Leif and Carol Hickenbottom**

We hereby certify that, except as disclosed above. I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: 12-12-2016

Gary Leif
5902 Nahane East NE
Roseburg, OR 97470
(541) 673-9865
gary@leifphoto.com

Carol Hickenbottom
5902 Nahane East NE
Roseburg, OR 97470
(541) 673-9865
gary@leifphoto.com

Exhibit A: Chain of Title Analysis

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT - 3

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served U.S. mail and/or e-mail upon the following party(ies): ): Cody Hoesly, OSB; Larkins Vacura Kayser LLP, 121 SW Morrison St., Suite 700, Portland, Oregon 97204, choesly@lvklaw.com; on this 12 day of December, 2016.

Gary Leif
5902 Nahane East NE
Roseburg, OR 97470
(541) 673-9865
gary@leifphoto.com

Carol Hickenbottom
5902 Nahane East NE
Roseburg, OR 97470
(541) 673-9865
gary@leifphoto.com