IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GARY LEIF and<br>CAROL HICKENBOTTOM,<br><br>        Plaintiffs,<br><br>        v.<br><br>UMPQUA BANK; HSBC BANK USA,<br>NA; and QUALITY LOAN SERVICE<br>CORPORATION OF WASHINGTON,<br><br>        Defendants. | Civ. No. 6:16-cv-02043-JR<br><br>JUDGMENT |

The Court has adopted the Findings and Recommendation of the Magistrate Judge. This action is dismissed.

DATED: 5/4/2017

                                              Mary L. Moran, Clerk

                                        By      \s\ Cathy Kramer<br>                                                                Deputy Clerk

1 –JUDGEMENT